1  JAMES TOLEDANO, ESQ. (CSBN 052861)
   4675 MacArthur Court
2  Suite 550
   Newport Beach, California 92660-8836
3  Phone:  (949) 752-5567
   *Fax:  (949) 752-0097*
4  Email: jtoledano@aol.com

5  Attorney for plaintiff CARMEN CROWE

JS - 6

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

| | |
|---|---|
| CARMEN CROWE, | No. CV 07-05653-VBF (SSx) |
| Plaintiff, | HON. VALERIE BAKER FAIRBANK COURTROOM 9 - SPRING STREET |
| vs. | |
| PARAGON RELOCATION RESOURCES, INC., and DOES 1 through 50, inclusive, | ORDER RE SETTLEMENT OF ACTION AND DISMISSAL |
| Defendants. | Trial date: May 13, 2009 |

1 | Pursuant to the parties' Notice of Full Settlement of
2 | Action, filed on March 16, 2009, the within action is dismissed
3 | without prejudice, with the Court retaining jurisdiction to
4 | enforce the settlement.
5 | Dated: March 17, 2009

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Submitted by

/s/

_____
JAMES TOLEDANO
Attorney for plaintiff CARMEN CROWE